**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE AMYLYX PHARMACEUTICALS, INC., DERIVATIVE LITIGATION | Lead Case No. 1:24-CV-12527-NMG |
| | (Consolidated) |
| This Document Relates to: | |
| ALL ACTIONS | |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

WHEREAS, on October 2, 2024, plaintiff Keith Jones ("Plaintiff Jones") filed a shareholder derivative action on behalf of nominal defendant Amylyx Pharmaceuticals, Inc. ("Amylyx" or the "Company") in this Court alleging causes of action for breaches of fiduciary duties, insider trading, unjust enrichment, and violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 against defendants Joshua B. Cohen, Justin B. Klee, James M. Frates, Margaret Olinger, Karen Firestone, George Mclean Milne Jr., Paul Fonteyne, Daphne Quimi, and Isaac Cheng (collectively, the "Individual Defendants," and together with Amylyx, the "Defendants") captioned *Jones v. Cohen et al.*, Case No. 1:24-CV-12527-NMG (the "*Jones* Action");

WHEREAS, on October 28, 2024, Plaintiff Jones and Defendants filed a Stipulation to Stay Derivative Action in the *Jones* Action (the "Stipulation") (*Jones* Action, ECF No. 6);

WHEREAS, on October 29, 2024, the Court entered an order granting a stay of the *Jones* Action pursuant to the terms of the Stipulation (the "Stay") (*Jones* Action, ECF No. 8);

WHEREAS, pursuant to the Stay, the *Jones* Action is stayed "until the earlier of the following: (a) the [related securities class action pending in this Court captioned *Shih v. Amylyx Pharmaceuticals, Inc., et al.*, Case No. 1:24-cv-12068-NMG ("Securities Class Action")] is

dismissed, with prejudice, and all appeals related thereto have been exhausted; or (b) defendants file an answer to any complaint in the Securities Class Action." (*Jones* Action, ECF Nos. 6, 8);

WHEREAS, on July 1, 2025, plaintiff Younes Hassine (together with Plaintiff Jones, "Plaintiffs")[1] filed a shareholder derivative action on behalf of nominal defendant Amylyx in this Court alleging causes of action for breach of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and for contribution under Sections 10(b) and 21D of the Exchange Act against the Individual Defendants, except Isaac Cheng, captioned *Hassine v. Cohen et al.*, Case No. 1:25-CV-11879 (the "*Hassine* Action" and together with the *Jones* Action, the "Related Derivative Actions");

WHEREAS, on July 22, 2025, the Court consolidated the Related Derivative Actions in the above-captioned consolidated action (the "Consolidated Derivative Action") (*see* ECF No. 13);

WHEREAS, on October 30, 2025, defendants filed an answer in the Securities Class Action, thereby lifting the stay in the Consolidated Derivative Action;

WHEREAS, on December 5, 2025, the Parties submitted a Stipulation and Proposed Order Temporarily Extending the Stay to December 19, 2025, to allow for the Parties to have additional time to continue discussion;

WHEREAS, on December 23, 2025, the stay was extended to April 30, 2026, to allow for the Parties to continue discussion about a pre-litigation resolution to this matter;

WHEREAS, on April 10, 2026, the Parties in the Securities Class Action filed a Joint Status Report notifying the Court that they had reached a settlement in principle that would resolve their disputes and are working on finalizing settlement terms (*see* Securities Class Action, ECF No. 63);

WHEREAS, on April 29, 2026, Defendants made a confidential document production to

---

[1] Plaintiffs and Defendants, taken together, are referred to herein as the "Parties."

Plaintiffs pursuant to the Stipulation and Stay order in the *Jones* Action, comprised of documents previously produced to a Company stockholder in response to a demand to inspect books and records under 8 Delaware Code Section 220;

WHEREAS, the Parties in the Consolidated Derivative Action remain actively engaged in settlement negotiations;

WHEREAS, the Parties have met and conferred and respectfully request additional time to continue negotiations and, should the Parties fail to reach a resolution, to designate an operative complaint and brief Defendants' anticipated motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED among the Parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. No later than June 12, 2026, Plaintiffs shall identify the operative complaint for the Consolidated Derivative Action or file a Consolidated Derivative Complaint.

2. No later than July 14, 2026, Defendants will file a motion to dismiss that complaint.

3. No later than August 13, 2026, Plaintiffs will file an opposition to Defendants' motion.

4. No later than August 28, 2026, Defendants will file a reply in further support of the motion to dismiss.

5. This Stipulation is without prejudice to any and all claims and defense that any of the Parties may assert in the Consolidated Derivative Action.

**IT IS SO STIPULATED.**

DATED: April 30, 2026

Respectfully submitted,

**LEVI & KORSINSKY, LLP**
*/s/ Daniel Tepper*
Shannon L. Hopkins, Esp.
111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Email: shopkins@zlk.com

Gregory N. Nespole, Esq.
Daniel Tepper, Esq.
Correy A. Suk, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Email: gnespole@zlk.com
Email: dtepper@zlk.com
Email: csuk@zlk.com

**THE BROWN LAW FIRM, P.C.**
*/s/ Timothy Brown*
Elizabeth Donohoe
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: edonohoe@thebrownlawfirm.net
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**GOODWIN PROCTER, LLP**
*/s/ Caroline H. Bullerjahn*
Caroline H. Bullerjahn
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Email: cbullerjahn@goodwinlaw.com

*Counsel for Defendants*

4

5

\*     \*     \*

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____          _____

The Hon. Nathaniel M. Gorton
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was filed on April 30, 2026 through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Caroline H. Bullerjahn
Caroline H. Bullerjahn

6